698

No. 495. UNITED STATES v. COMMODORE PARK, INC. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Fahy* for the United States. *Mr. W. R. Ashburn* for respondent.

No. 445. BROOKLYN SAVINGS BANK v. O'NEIL. November 6, 1944. Petition for writ of certiorari to the Court of Appeals of New York granted limited to the second question presented by the petition for the writ. *Messrs. Homer Cummings, Joseph V. Lane, Jr.,* and *Carl McFarland* for petitioner. *Messrs. Max R. Simon* and *Nathan W. Math* for respondent.

No. 452. NATIONAL LABOR RELATIONS BOARD v. LE TOURNEAU COMPANY. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Alvin J. Rockwell* for petitioner. *Messrs. Clifton W. Brannon* and *A. C. Wheeler* for respondent.

No. 421. ARSENAL BUILDING CORP. ET AL. v. GREENBERG. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to question (h) presented by the petition for the writ. *Messrs. Robert R. Bruce* and *Kenneth C. Newman* for petitioners. *Messrs. George Trosk* and *Aaron Benenson* for respondent.

No. 462. J. F. FITZGERALD CONSTRUCTION CO. v. PEDERSEN. November 6, 1944. Petition for writ of certiorari